# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 7007 | **DATE** | 9/21/2001 |
| **CASE TITLE** | Sheila Zinnermon vs. City of Chicago etc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff has been subpoenaed to testify at the hearing. She moves for a protective order precluding any inquiry of her at that hearing. The motion is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | SEP 24 2001 date docketed | |
| ✓ | Docketing to mail notices. | | | 6 |
| | Mail AO 450 form. | FILED FOR DOCKETING | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 01 SEP 21 PM 4:42 | date mailed notice | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEILA ZINNERMON, )
)
    Plaintiff, )
)
vs. ) No. 01 C 7007
)
CITY OF CHICAGO DEPARTMENT )
OF POLICE, )
)
    Defendant. )

DOCKETED
SEP 2 4 2001

SEP 2 4 2001

## MEMORANDUM OPINION AND ORDER

Plaintiff, a former probationary police officer, claims that she was discharged in retaliation for reporting police misconduct by two other officers. Charges against one of the officers are to be heard by the Police Board on September 25, 2001. Plaintiff has been subpoenaed to testify at the hearing. She moves for a protective order precluding any inquiry of her at that hearing. The motion is denied.

This is not a case in which a plaintiff brings a constitutional challenge to a state administrative hearing. Rather, she claims that requiring her testimony by attorneys who represent the defendant in her case, without her attorney being present, is unfair and prejudicial to her. We think the principles developed in cases involving constitutional challenges apply with even greater force here. A municipality has a strong interest in the full adjudication of charges of misconduct by a police officer. A federal court should not intervene absent a demonstrated bias by the hearing tribunal, and we question whether federal intervention is warranted even then since the state courts are available for any redress that may be appropriate. See Ohio Civil Rights Commission v. Dayton Christian Schools, Inc., 477 U.S. 619 (1986).

JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 21, 2001.